NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**NXP USA, INC., NXP B.V.,**
*Plaintiffs-Appellants*

**v.**

**IMPINJ, INC.,**
*Defendant-Appellee*

———————————

2024-1121

———————————

Appeal from the United States District Court for the Western District of Washington in No. 2:20-cv-01503-JHC, Judge John H. Chun.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                        NXP USA, Inc. v. Impinj, Inc.


(2)  Each side shall bear their own costs.


                                                FOR THE COURT



March 18, 2024                              Jarrett B. Perlow
      Date                                  Clerk of Court


**ISSUED AS A MANDATE:** March 18, 2024